## GENERAL COURT, MAY TERM, 1802.

### Kirwan *vs.* Raborg.

If A purchases stills of B & pays him the purchase money, and B afterwards takes the stills in possession

ASSUMPSIT for money had and received. The evidence was, that the plaintiff bought of the defendant certain stills, for which he paid him 400 dollars. That

the proper remedy is trover, and A cannot support assumpsit against B to recover back the purchase money
On paying costs a party may amend from assumpsit to trover

the defendant afterwards took possession of the same stills, and then had them in his possession. This action was to recover back the money paid.

*Scott*, for the defendant, objected to the form of action.

THE COURT. The action is not well brought, it should be trover.

*Harper*, for the plaintiff, had leave to amend, on paying the whole costs which had accrued in the action down to and including the present term.